**Trung D. Tu, OSB No. 004100**
Senior Deputy City Attorney
**PORTLAND CITY ATTORNEY'S OFFICE**
1221 SW Fourth Ave., Room 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Email: trung.tu@portlandoregon.gov

Of Attorneys for Defendants City of Portland, Noah Harding and Jonathan Ianos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**JASON MCGREW**, individually,

Plaintiff,

v.

**CITY OF PORTLAND**; **STATE OF OREGON**; **THE INTERSTATE COMMISSION FOR ADULT OFFENDER SUPERVISION**; **NOAH HARDING**, in his individual capacity; **JONATHAN IANOS**, in his individual capacity; **COLETTE PETERS**, in her individual capacity and as Administrator of the Commission for Adult Offender Supervision; **CHERYL NELSON**, in her individual capacity; and **JOCELYN K. JOHNSON**, in her individual capacity,

Defendants.

Case No. 3:23-cv-01082-HZ

**DEFENDANT CITY OF PORTLAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendant City of Portland ("Defendant" or "City") hereby moves the Court for an order extending the time for the City to file its answer or motion in response to Plaintiff's Complaint from today, August 7, 2023, to Monday, October 2, 2023, to coincide with the deadline for the responses of Defendants Noah Harding

("Harding") and Jonathan Ianos ("Ianos") (collectively, "Officer Defendants"), both of whom are also represented by the City's undersigned counsel. The City is making this request so that its undersigned counsel can have sufficient time to review and analyze this case, and then file just one joint response on behalf of the City and the two Officer Defendants (collectively, "City Defendants"). The parties have conferred about this motion and Louren Oliveros, who is counsel of record for Plaintiff Jason McGrew ("Plaintiff" or "McGrew"), consents and agrees to this motion and request. As demonstrated by the supporting Declaration of Trung D. Tu, which is hereby incorporated herein, good cause exists for the Court to grant this motion. As such, the Court should grant this motion and extend the due date for the City to file its answer or responsive motion to October 2, 2023.

This motion is based upon and supported by the Declaration of Trung D. Tu, which is submitted and filed herewith.

DATED: August 7, 2023

PORTLAND CITY ATTORNEY'S OFFICE

By: */s/ Trung D. Tu*
Trung D. Tu, OSB No. 004100
Senior Deputy City Attorney
Email: trung.tu@portlandoregon.gov
Telephone: (503) 823-3057
Of Attorneys for Defendants City of Portland, Noah Harding and Jonathan Ianos

# CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I served or caused to be served a true and correct copy of the foregoing **DEFENDANT CITY OF PORTLAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

Ms. Louren Oliveros, Esq. — *Of Attorneys for Plaintiff Jason McGrew*
OLIVEROS LAW, PLLC
50 Charles Lindbergh Blvd., Suite 205
Uniondale, NY 11553
Tel: (516) 310-4954; Fax: (516) 228-8390
Email: oliveros@trialwarrior.net

☐ by **mail** in a sealed envelope, with postage fully prepaid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by **hand delivery.**

☐ by **facsimile transmission.**

☐ by **email**, based on an agreement of the parties to accept service by e-mail or electronic transmission.

☒ by **electronic service** via the Court's CM/ECF electronic filing system for registered users.

DATED: August 7, 2023

*/s/ Trung D. Tu*
Trung D. Tu, OSB No. 004100
Senior Deputy City Attorney
Telephone: (503) 823-4047
Of Attorneys for Defendants City of Portland, Noah Harding and Jonathan Ianos