**Trung D. Tu, OSB No. 004100**
Senior Deputy City Attorney
**PORTLAND CITY ATTORNEY'S OFFICE**
1221 SW Fourth Ave., Room 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Email: trung.tu@portlandoregon.gov

Of Attorneys for Defendants City of Portland,
Noah Harding and Jonathan Ianos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **JASON MCGREW**, individually,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND**; **STATE OF OREGON**; **THE INTERSTATE COMMISSION FOR ADULT OFFENDER SUPERVISION**; **NOAH HARDING**, in his individual capacity; **JONATHAN IANOS**, in his individual capacity; **COLETTE PETERS**, in her individual capacity and as Administrator of the Commission for Adult Offender Supervision; **CHERYL NELSON**, in her individual capacity; and **JOCELYN K. JOHNSON**, in her individual capacity,<br><br>Defendants. | Case No. 3:23-cv-01082-HZ<br><br>**DECLARATION OF TRUNG D. TU IN SUPPORT OF DEFENDANT CITY OF PORTLAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** |

Pursuant to 28 U.S.C. § 1746, I , Trung D. Tu, hereby declare and testify as follows:

1. I am an attorney-at-law, duly authorized to practice law in this Court and in all of the state courts of the State of Oregon. I am the Senior Deputy City Attorney at the Portland City Attorney's Office who is responsible for representing Defendants City of Portland ("City"), Noah

Harding ("Harding") and Jonathan Ianos ("Ianos") (collectively, "City Defendants") in this case. I am over the age of 18 and competent to testify to the matters set forth herein. I make this declaration based upon my own personal knowledge and in support of the City's Unopposed Motion for Extension of Time to File Response to Plaintiff's Complaint ("Motion").

2. Plaintiff Jason McGrew ("Plaintiff" or "McGrew") filed his Complaint for Civil Rights Violations and for Violation of the Oregon Tort Claims Act for Assault, for Battery, and for Damages with Jury Demand (ECF No. 1, Ex. 3) ("Complaint") for this case with the Multnomah County Circuit Court on July 14, 2023, as MCCC Case No. 23CV28156 ("State Case"). The City was served with Plaintiff's Summons and Complaint from the State Case on July 17, 2023. I was assigned to represent and defend the City in this case on July 18, 2023.

3. On July 25, 2023, the City removed the State Case from the Multnomah County Circuit Court to this Court (ECF No. 1). As a result and pursuant to Federal Rule of Civil Procedure 81(c)(2), the City's response to Plaintiff's Complaint is currently due in this Court by the end of today, August 7, 2023.

4. On August 1, 2023, the representation and defense of both Harding and Ianos (collectively, "Officer Defendants") were also assigned to me. Pursuant to Federal Rule of Civil Procedure 4(d) and the request of Louren Oliveros, who is counsel of record in this case for Plaintiff, on August 3, 2023, I waived the service of the Summons and Complaint on behalf of both the Officer Defendants. As such, pursuant to Federal Rule of Civil Procedure 12(a)(1)(A)(ii), the Officer Defendants' responses to Plaintiff's Complaint are due on Monday, October 2, 2023.

5. I plan to file just one joint response to Plaintiff's Complaint on behalf of all three of the City Defendants. As such, I am filing this Motion so that the deadlines for their responses to Plaintiff's Complaint will all be on the same date of October 2, 2023.

6. I also need the extension of time in order to finish analyzing Plaintiff's Complaint, conduct a background investigation pertaining to the facts and claims alleged in the Complaint,



PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047

contact key witnesses and review the Complaint with them, perform legal research and analysis, and prepare a meaningful response to Plaintiff's Complaint.

7. I conferred with Ms. Oliveros about the relief requested in this Motion by telephone on August 1, 2023, and by email on August 2, 2023. Ms. Oliveros graciously informed me that she agrees and consents to the City's request for an extension of time. As such, Ms. Oliveros and Plaintiff consent to this Motion and the City's request for an extension of time.

8. There is good cause for this Motion, and the City makes this request for an extension of time in good faith, and not for the purpose of delay.

**I HEREBY DECLARE UNDER THE PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWELDGE AND BELIEF.**

Executed on August 7, 2023.

Trung D. Tu



PORTLAND CITY ATTORNEY'S OFFICE
1221 SW 4TH AVENUE, RM 430
PORTLAND, OREGON 97204
(503) 823-4047

## CERTIFICATE OF SERVICE

I hereby certify that on August 7, 2023, I served or caused to be served a true and correct copy of the foregoing **DECLARATION OF TRUNG D. TU IN SUPPORT OF DEFENDANT CITY OF PORTLAND'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT** on the interested parties in this action as follows:

Ms. Louren Oliveros, Esq.
OLIVEROS LAW, PLLC
50 Charles Lindbergh Blvd., Suite 205
Uniondale, NY 11553
Tel: (516) 310-4954; Fax: (516) 228-8390
Email: oliveros@trialwarrior.net

*Of Attorneys for Plaintiff Jason McGrew*

☐ by **mail** in a sealed envelope, with postage fully prepaid, and deposited with the U.S. Postal Service in Portland, Oregon.

☐ by **hand delivery.**

☐ by **facsimile transmission.**

☐ by **email**, based on an agreement of the parties to accept service by e-mail or electronic transmission.

☒ by **electronic service** via the Court's CM/ECF electronic filing system for registered users.

DATED: August 7, 2023

*/s/ Trung D. Tu*
Trung D. Tu, OSB No. 004100
Senior Deputy City Attorney
Telephone: (503) 823-4047
Of Attorneys for Defendants City of Portland, Noah Harding and Jonathan Ianos