JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
E-mail: veronica.rodriguez@multco.us
*Of Attorneys for Defendants Cheryl Nelson and Jocelyn K. Johnson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON MCGREW, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>Defendants. | No. 3:23-CV-01082-HZ<br><br>DEFENDANTS JOCELYN JOHNSON AND CHERYL NELSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), Defendants Cheryl Nelson and Jocelyn Johnsons hereby move the Court for an order extending the time by 30-days which Defendants shall file their Answer or motion in response to Plaintiff's Complaint from September 5, 2023 to October 5, 2023. Defendants are making this request to allow counsel to sufficiently review and analyze the claims Plaintiffs have alleged. The parties have conferred regarding Defendants' motion and opposing counsel, Louren Oliveros, does not oppose this

motion. This motion is supported by a Declaration of Veronica R. Rodriguez. Good cause exists for the Court to grant this motion and therefore, the Court should grant this motion and extend the due date for Defendants to file their Answer or motion in response to October 5, 2023.

DATED this 29th day of August 2023.

Respectfully submitted,

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

/s/ Veronica R. Rodriguez
Veronica Rodriguez, OSB No. 181818
Assistant County Attorney
*Of Attorneys for Defendants Johnson and Nelson*

## CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023, I arranged for service of ***DEFENDANTS JOCELYN JOHNSON AND CHERYL NELSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT*** on:

Louren Oliveros
Oliveros Law PLCC
50 Charles Lindbergh Blvd., Suite 205
Uniondale NY 11553
Email: oliveros@trialwarrior.net

Trung D. Tu
Portland City Attorney's Office
1221 SW 4th Ave, Ste 430
Portland, OR 90204
Email: trung.tu@portlandoregon.gov

by the following method or methods as indicated:

☒ by **mailing** to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

☒ by e-filing and emailing to said person(s) at the email address shown registered with the Court, which is the last known email address for said person(s) on the date set forth above.

☐ by mailing via **certified mail, return receipt requested**, to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

☒ by **emailing** to said person(s) a true copy thereof at the email address shown above, which is the last known email address for said person(s) on the date set forth above.

DATED this 29th day of August 2023.

JENNY M. MADKOUR COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

/s/ Veronica R. Rodriguez
Veronica R. Rodriguez, OSB No.181818
Assistant County Attorney
*Of Attorneys for Defendants Johnson and Nelson*