JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
E-mail: veronica.rodriguez@multco.us
*Of Attorneys for Defendants Cheryl Nelson and Jocelyn K. Johnson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON MCGREW, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>Defendants. | No. 3:23-CV-01082-HZ<br><br>DECLARATION OF VERONICA R. RODRIGUEZ IN SUPPORT OF DEFENDANTS JOCELYN JOHNSON AND CHERYL NELSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT |

Pursuant to 28 U.S.C. § 1746, I, Veronica R. Rodriguez, hereby declare and testify as follows:

1. I am an Assistant County Attorney in the Multnomah County Attorney's Office. I am

assigned as the trial attorney for Defendants Jocelyn Johnson and Cheryl Nelson ("Defendants").

2. Defendants were served with Plaintiff's Complaint on or about August 15, 2023 and this matter was assigned to me on August 17, 2023.

3. Counsel currently has planned vacations on August 31, 2023 through September 4, 2023 and September 13, 2023 through September 15, 2023.

4. Counsel seeks additional time to review the Complaint and to file Answers or motions in response.

5. I contacted Plaintiff's counsel, Louren Oliveros, by phone on August 28, 2023 and Ms. Oliveros stated that she would not object to our motion for a 30-day extension of time.

6. If this motion is granted, the new deadline for Defendants' to file their responsive pleading would be Thursday, October 5, 2023.

7. This motion is made in good faith and not for the purposes of delay.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 29th day of August 2023.

Respectfully submitted,

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

*/s/ Veronica R. Rodriguez*
Veronica Rodriguez, OSB No. 181818
Assistant County Attorney
*Of Attorneys for Defendants Johnson and Nelson*

# CERTIFICATE OF SERVICE

I hereby certify that on August 29, 2023, I arranged for service of ***DECLARATION OF VERONICA R. RODRIGUEZ IN SUPPORT OF DEFENDANTS JOCELYN JOHNSON AND CHERYL NELSON'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT*** on:

Louren Oliveros
Oliveros Law PLCC
50 Charles Lindbergh Blvd., Suite 205
Uniondale NY 11553
Email: oliveros@trialwarrior.net

Trung D. Tu
Portland City Attorney's Office
1221 SW 4th Ave, Ste 430
Portland, OR 90204
Email: trung.tu@portlandoregon.gov

by the following method or methods as indicated:

☒ by **mailing** to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

☒ by e-filing and emailing to said person(s) at the email address shown registered with the Court, which is the last known email address for said person(s) on the date set forth above.

☐ by mailing via **certified mail, return receipt requested**, to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

☒ by **emailing** to said person(s) a true copy thereof at the email address shown above, which is the last known email address for said person(s) on the date set forth above.

DATED this 29th day of August 2023.

JENNY M. MADKOUR COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

/s/ Veronica R. Rodriguez
Veronica R. Rodriguez, OSB No.181818
Assistant County Attorney
*Of Attorneys for Defendants Johnson and Nelson*