UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JASON MCGREW, individually,<br><br>Plaintiff,<br>v.<br><br>CITY OF PORTLAND; STATE OF OREGON; THE INTERSTATE COMMISSION FOR ADULT OFFENDER SUPERVISION; NOAH HARDING, in his individual capacity; JONATHAN IANOS, in his individual capacity; COLETTE PETERS, in her individual capacity and as Administrator of the Commission for Adult Offender Supervision; CHERYL NELSON, in her individual capacity; and JOCELYN K. JOHNSON, in her individual capacity,<br><br>Defendants. | Case No. 3:23-cv-01082-HZ |

**AMENDED SUMMONS IN A CIVIL ACTION**

TO: THE INTERSTATE COMMISSION FOR ADULT OFFENDER SUPERVISION
Jeremiah Stromberg, Commissioner
3723 Fairview Industrial Drive SE, Suite 200
Salem, Oregon 97302

A lawsuit has been filed against you.



Oliveros Law PLLC
Louren Oliveros, OSB No. 155386
50 Charles Lindbergh Blvd., Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Fax 516-268-9678
oliveros@trialwarrior.net

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the Plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Louren Oliveros
Oliveros Law, PLLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: ____________________________ ________________________________________

*Signature of Clerk or Deputy Clerk*



Oliveros Law PLLC
Louren Oliveros, OSB No. 155386
50 Charles Lindbergh Blvd., Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Fax 516-268-9678
oliveros@trialwarrior.net

Civil Action No. 3:23-cv-1082

## PROOF OF SERVICE

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for **The Interstate Commission for Adult Offender Supervision** was received by me on ___/___/______.

☐ I personally served the summons on the individual at ________________________ ________________________ on __/___/_____; or

☐ I left the summons at the individual's residence or usual place of abode with ______________________________, a person of suitable age and discretion who resides there, on ___/___/_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on ____________________________*(name of individual)*, who is designated by law to accept service of process on behalf of The Interstate Commission for Adult Offender Supervision on ___/___/_____; or

☐ I returned the summons unexecuted because ________________________; or

☐ Other *(specify)*: ______________________________________________________

My fees are $________ for travel and $____________ for services, for a total of $_________.

I declare under penalty of perjury that this information is true.

Date: ______________

________________________________________________
*Server's signature*

________________________________________________
*Printed name and title*

________________________________________________
*Server's Address*

Additional information regarding attempted service, etc:



Oliveros Law PLLC
Louren Oliveros, OSB No. 155386
50 Charles Lindbergh Blvd., Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Fax 516-268-9678
oliveros@trialwarrior.net