# RETURN OF SERVICE

**State of Oregon** **County of Multnomah** **Circuit Court**

Case Number: 23CV28156

Plaintiff:
**Jason McGrew,**

vs.

Defendants:
**City of Portland, State of Oregon, The Interstate Commission for Adult Offender Supervision, et al.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **City of Portland, Office of the City Attorney, 1221 SW 4th Ave, Suite 430, Portland, OR 97204.**

I, Chris Snedeker, do hereby affirm that on the **17th day of July, 2023** at **3:36 pm, I:**

**SERVED** City of Portland, Office of the City Attorney by serving 1 true copy of the **Summons; Complaint** to **Karrie Wilton, Clerk on Duty** at 1221 SW 4th Ave, Suite 430, Portland, OR 97204.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

**Chris Snedeker**
Process Server

7/24/23
**Date**

**RUSH PROCESS SERVICE, INC.**
**2014 N.E. Sandy Blvd., Suite 204**
**Portland, OR 97232**
**(503) 232-3667**

Our Job Serial Number: SKS-2023006585

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k