# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Oregon

Case Number: 3:23-CV-01082-HZ

Plaintiff:
**Jason McGrew,**

vs.

Defendants:
**City of Portland, et al.,**

Received by RUSH PROCESS SERVICE, INC. to be served on **Jocelyn Kline-Johnson, 421 SW 5th Ave, Suite 700, Portland, OR 97204.**

I, Herman Garcia, do hereby affirm that on the **15th day of August, 2023** at **11:45 am, I:**

PERSONALLY SERVED **a copy** of **Summons in a Civil Matter; Removal Notice** at **421 SW 5th Ave, Suite 700, Portland, OR 97204**.

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Herman Garcia

**Herman Garcia**
Process Server

8-17-23

**Date**

**RUSH PROCESS SERVICE, INC.**
**2014 N.E. Sandy Blvd., Suite 204**
**Portland, OR 97232**
**(503) 232-3667**

Our Job Serial Number: SKS-2023007628

Copyright © 1992-2023 DreamBuilt Software, Inc. - Process Server's Toolbox V8.2k