# AFFIDAVIT OF PROCESS SERVER

**United States District Court for the District of Oregon**

**Jason McGrew, individually**

Plaintiff(s),

vs.

**City of Portland, et al**

Defendant(s).

Attorney: Louren Oliveros

Oliveros Law PLLC
50 Charles Lindbergh Blvd., #205
Uniondale NY 11553

*301932*

**Case Number: 3:23-cv-1082-HZ**

Legal documents received by Rush Process Service, Inc. on **08/15/2023** at **5:43 PM** to be served upon **Colette Peters, Director, Federal Bureau of Prisons at 320 First St., NW, Washington, DC 20534**

I, **Cheryl Bingaman**, swear and affirm that on **August 16, 2023** at **3:11 PM**, I did the following:

Served **Colette Peters, Director, Federal Bureau of Prisons** by delivering a conformed copy of the **Summons in a Civil Action; Notice of Removal; Exhibits** to **Michael Lockigdeg** as **Attorney & Authorized Agent** of **Colette Peters, Director, Federal Bureau of Prisons** at **320 First St., NW , Washington, DC 20534**.

**Description of Person Accepting Service:**
Sex: Male Age: 52 Height: 5ft9in-6ft0in Weight: 131-160 lbs Skin Color: Caucasian Hair Color: Bald

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

**Cheryl Bingaman**
Process Server
**Rush Process Service, Inc.**
**2014 N.E. Sandy Blvd., #204**
**Portland OR 97232**
**503-232-3667**
**doneva.rushprocess@gmail.com**

Internal Job ID:301932