JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
E-mail: veronica.rodriguez@multco.us
*Of Attorneys for Defendants Cheryl Nelson and Jocelyn K. Johnson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON MCGREW, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>Defendants. | No. 3:23-CV-01082-HZ<br><br>ALL PARTIES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT |

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A), the parties hereby move the Court for an order extending the time which Defendants shall file their Answer or motion in response to Plaintiff's Complaint. Defendants have been ordered by the Court to file their responsive pleadings by October 2, 2023. The parties are making this request because Plaintiff has stated he intends to file an Amended Complaint on or before October 2, 2023. The parties


Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138

seek an extension of time for Defendants to file responsive pleadings from October 2, 2023 to November 1, 2023, or 30 days after the date Plaintiff files his Amended Complaint, if after October 2, 2023, whichever is later.

This motion is supported by a Declaration of Veronica R. Rodriguez. Good cause exists for the Court to grant this motion and therefore, the Court should grant this motion and extend the due date for Defendants to file their responsive pleadings to 30 days after Plaintiff files his Amended Complaint. Should Plaintiff not file an Amended Complaint, Defendants seek to file their responsive pleadings by November 1, 2023.

DATED this 28th day of September 2023.

Respectfully submitted,

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

*/s/ Veronica R. Rodriguez*
Veronica Rodriguez, OSB No. 181818
Assistant County Attorney
*Of Attorneys for Defendants Johnson and Nelson*

*/s/ Trung D. Tu*
Trung D. Tu, OSB No. 004100
Senior Deputy City Attorney
*Of Attorneys for City of Portland, Noah Harding and Johnathan Ianos*

*/s/ Louren Oliveros*
Louren Oliveros, OSB No. 15538
Oliveros Law PLCC
*Of Attorney for Plaintiff*



Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2023, I arranged for service of ***ALL PARTIES' MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT*** on:

Louren Oliveros
Oliveros Law PLCC
50 Charles Lindbergh Blvd., Suite 205
Uniondale NY 11553
Email: oliveros@trialwarrior.net

Trung D. Tu
Portland City Attorney's Office
1221 SW 4th Ave, Ste 430
Portland, OR 90204
Email: trung.tu@portlandoregon.gov

by the following method or methods as indicated:

☐ by **mailing** to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

☒ by e-filing and emailing to said person(s) at the email address shown registered with the Court, which is the last known email address for said person(s) on the date set forth above.

☐ by mailing via **certified mail, return receipt requested**, to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

☐ by **facsimile** to said person(s) a true copy thereof at the facsimile number shown above, which is the last known facsimile number for said person(s) on the date set forth above. A copy of the confirmation report is attached hereto.

☒ by **emailing** to said person(s) a true copy thereof at the email address shown above, which is the last known email address for said person(s) on the date set forth above.

DATED this 28th day of September 2023.

JENNY M. MADKOUR COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

/s/ Veronica R. Rodriguez
Veronica R. Rodriguez, OSB No.181818
Assistant County Attorney
*Of Attorneys for Defendants Johnson and Nelson*



Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138