Louren Oliveros
Oliveros Law, PLLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
Email: oliveros@trialwarrior.net
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**JASON MCGREW,** Individually,

Plaintiff,

v.

**CITY OF PORTLAND, MULTNOMAH COUNTY, NOAH HARDING,** in his individual capacity, **JONATHAN IANOS,** in his individual capacity, **CHERYL NELSON**, in her individual capacity, and **JOCELYN K. JOHNSON**, in her individual capacity,

Defendants.

Case No. 3:23-CV-01082-HZ

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

Plaintiff, Jason McGrew, individually and by his attorney of record, Louren Oliveros of Oliveros Law, PLLC, pursuant to Fed. R. Civ. P. 6(b) hereby moves the Court for an order extending the time to file his Response to **DEFENDANTS MULTNOMAH COUNTY, JOCELYN JOHNSON AND CHERYL NELSON'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT,** [Doc. 31], filed Oct. 16, 2023, to November 15, 2023. As grounds for support, Plaintiff states as follows:



Oliveros Law, PLLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
Email: oliveros@trialwarrior.net

Plaintiff has conferred with Veronica Rodriguez, Counsel for Defendants Multnomah County, Cheryl Nelson and Jocelyn Johnson ("County Defendants"). County Defendants do not object to an extension.

Plaintiff's attorney has pre-existing scheduling conflicts and an appellate deadline which require additional time for preparing and finalizing Plaintiff's response in this matter. This motion is supported by the Declaration of Louren Oliveros.

As such, good cause exists for the Court to grant this motion and extend the due date for Plaintiff to file his responsive pleading to November 15, 2023.

FOR THESE REASONS, Plaintiff requests that the due date for his response to the County Defendants' Motion to Dismiss be extended to November 15, 2023, and for whatever other relief this Court deems just and proper.

Dated this 20th day of October, 2023.

Respectfully submitted,

*/s/ Louren Oliveros*
Louren Oliveros, OSB #155386
Oliveros Law, PLLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Tel: (516) 310-4954
Fax: (516) 268-9678
oliveros@trialwarrior.net
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 20, 2023 I served or caused to be served a true and correct copy of the foregoing **PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
veronica.rodriguez@multco.us
*Attorneys for Multnomah County, Defendants Cheryl Nelson and Jocelyn K. Johnson*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
__X__ SERVED BY E-FILING
__X__ SERVED BY EMAIL

Trung D. Tu
Portland City Attorney's Office
1221 SW 4th Ave, Ste 430
Portland, OR 90204
trung.tu@portlandoregon.gov
*Attorneys for City of Portland*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
__X__ SERVED BY E-FILING
__X__ SERVED BY EMAIL

*/s/ Louren Oliveros*
Louren Oliveros



Oliveros Law, PLLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
Email: oliveros@trialwarrior.net