Louren Oliveros
Oliveros Law, PLLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
Email: oliveros@trialwarrior.net
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **JASON MCGREW,** Individually,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND, MULTNOMAH COUNTY, NOAH HARDING,** in his individual capacity, **JONATHAN IANOS,** in his individual capacity, **CHERYL NELSON**, in her individual capacity, and **JOCELYN K. JOHNSON**, in her individual capacity,<br><br>Defendants. | Case No. 3:23-CV-01082-HZ<br><br>**DECLARATION OF LOUREN OLIVEROS IN SUPPORT OF: PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** |

**STATE OF NEW YORK )**
**)*ss.*:**
**COUNTY OF NASSAU )**

I, Louren Oliveros, do declare as follows:

1. I am the attorney of record for Plaintiff in the above matter.

2. I am a registered attorney in Oregon and my State Bar ID is 155386. I am also licensed in the State of New Mexico and New York. My primary office is in New York.



Oliveros Law, PLLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
Email: oliveros@trialwarrior.net

3. I make this declaration in support of Plaintiff's Unopposed Motion for Extension of Time to File Plaintiff's Response to the County's Motion to Dismiss Plaintiff's First Amended Complaint.

4. I have pre-existing scheduling conflicts and an appellate brief deadline that impair my ability to finalize Plaintiff's response to the County's Motion to Dismiss by the deadline and request an extension to November 15, 2023.

5. I, Louren Oliveros, attorney for Plaintiff, hereby certify that I have conferred with Veronica Rodriguez, Counsel for Defendants Multnomah County, Cheryl Nelson and Jocelyn Johnson. The County Defendants do not object to an extension.

**I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR THE USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.**

Dated this 20th day of October, 2023.

OLIVEROS LAW, PLLC

Louren Oliveros, OSB #155386
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Tel: (516) 310-4954
Fax: (516) 268-9678
oliveros@trialwarrior.net
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 20, 2023 I served or caused to be served a true and correct copy of the foregoing **DECLARATION OF LOUREN OLIVEROS IN SUPPORT OF: PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S RESPONSE TO MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** on the interested parties in this action as follows:

Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
veronica.rodriguez@multco.us
*Attorneys for Defendants Multnomah County, Cheryl Nelson and Jocelyn K. Johnson*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
__X__ SERVED BY E-FILING
__X__ SERVED BY EMAIL

Trung D. Tu
Portland City Attorney's Office
1221 SW 4th Ave, Ste 430
Portland, OR 90204
trung.tu@portlandoregon.gov
*Attorneys for City of Portland*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
__X__ SERVED BY E-FILING
__X__ SERVED BY EMAIL

*/s/ Louren Oliveros*
Louren Oliveros



Oliveros Law, PLLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
Email: oliveros@trialwarrior.net