JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
E-mail: veronica.rodriguez@multco.us
*Of Attorneys for Defendants Cheryl Nelson and Jocelyn K. Johnson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON MCGREW, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, *et al.*,<br><br>Defendants. | No. 3:23-CV-01082-HZ<br><br>ALL PARTIES' MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES |

Pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 6(b)(1)(A) and Local Rule ("LR") 16-3, Defendants Multnomah County, Cheryl Nelson, and Jocelyn K. Johnson ("County Defendants"), Defendants City of Portland, Noah Harding and Jonathan Ianos ("City Defendants"), and Plaintiff Jason McGrew ("Plaintiff" or "McGrew") hereby move the Court for an order extending the court-imposed discovery and pretrial deadlines. The parties have been

ordered by the Court to file all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15; join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19; file all pretrial, discovery, and dispositive motions; complete all discovery; and confer as to Alternate Dispute Resolution pursuant to LR 16-4(c) by November 24, 2023. County Defendants, City Defendants and Plaintiff seek to extend these deadlines by 120 days.

## FACTUAL BACKGROUND

On July 14, 2023, Plaintiff filed his Complaint for Civil Rights Violations and for Violation of the Oregon Tort Claims Act for Assault, Battery, and for Damages with a Jury Demand (ECF 1, Ex. 3) ("Complaint") with Multnomah County Circuit Court (MCCC Case No. 23CV28156; "State Case"). On July 25, 2023, Defendant City of Portland ("City Defendants") removed the State Case from Multnomah County Circuit Court to this Court (ECF 1). On September 26, 2023, the parties entered into a Stipulated Protective Order to protect the confidential nature of the information contained in documents, interrogatory responses, responses to requests for admission, and deposition testimony. (ECF 25).

On October 2, 2023, Plaintiff filed an Amended Complaint. (ECF 29). On October 16, 2023, County Defendants filed a Motion to Dismiss Plaintiff's First Amended Complaint. (ECF 31). On the same day, October 16, 2023, City Defendants filed their Answer to Plaintiff's First Amended Complaint. (ECF 33). On November 15, 2023, Plaintiff filed his Response to County Defendants' Motion to Dismiss. (ECF 36). County Defendants' Reply is due November 29, 2023.

## MOTION

All parties are making this request to allow the parties to engage in discovery, including written discovery and depositions, and further dispositive motion practice. The parties seek an



Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138

extension of time for all current discovery and pretrial deadlines by 90 days.

This motion is supported by a Declaration of Veronica R. Rodriguez. Good cause exists for the Court to grant this motion and therefore, the Court should grant this motion and extend the current court-imposed discovery and pretrial deadlines by 120 days.

DATED this 22nd day of November 2023.

Respectfully submitted,

JENNY M. MADKOUR,
COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

*/s/ Veronica R. Rodriguez*
Veronica Rodriguez, OSB No. 181818
Assistant County Attorney
*Of Attorneys for Defendants Johnson and Nelson*

*/s/ Louren Oliveros*
Louren Oliveros, OSB No. 155386
Oliveros Law PLCC
*Of Attorney for Plaintiff*

*/s/ Trung D. Tu*
Trung D. Tu, OSB No. 004100
Senior Deputy City Attorney
*Of Attorneys for City of Portland, Noah Harding and Johnathan Ianos*



Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138