JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
E-mail: veronica.rodriguez@multco.us
*Of Attorneys for Defendants Cheryl Nelson and Jocelyn K. Johnson*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON MCGREW, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, *et al*.,<br><br>Defendants. | No. 3:23-CV-01082-HZ<br><br>DECLARATION OF VERONICA R. RODRIGUEZ IN SUPPORT OF ALL PARTIES' MOTION TO EXTEND DISCOVERY AND PRETRIAL DEADLINES |

Pursuant to 28 U.S.C. § 1746, I, Veronica R. Rodriguez, hereby declare and testify as follows:

1. I am an Assistant County Attorney in the Multnomah County Attorney's Office. I am

assigned as the trial attorney for Defendants Jocelyn Johnson and Cheryl Nelson ("County Defendants").

2. On November 22, 2023, I conferred with Plaintiff's counsel, Louren Oliveros and the City of Portland's counsel, Trung D. Tu and they join in this Motion.

3. On October 2, 2023, Plaintiff filed an Amended Complaint (ECF 29).

4. On October 16, 2023, Defendants Cheryl Nelson and Jocelyn Kline-Johnson ("County Defendants") filed a Motion to Dismiss Plaintiff's First Amended Complaint (ECF 31). On the same day, October 16, 2023, City Defendants filed their Answer to Plaintiff's First Amended Complaint (ECF 33).

5. On November 15, 2023, Plaintiff filed his Response to County Defendants' Motion to Dismiss (ECF 36). County Defendants' Reply is due November 29, 2029.

6. The parties have been ordered by the Court to file all pleadings pursuant to Fed. R. Civ. P. 7(a) and 15; join all claims, remedies, and parties pursuant to Fed. R. Civ. P. 18 and 19; file all pretrial, discovery, and dispositive motions; complete all discovery; and confer as to Alternate Dispute Resolution pursuant to LR 16-4(c) by November 24, 2023. The parties seek to extend these deadlines by 90 days.

7. All parties are making this request to allow the parties to engage in discovery, including written discovery and depositions, and further dispositive motion practice.

8. The parties seek an extension of time for all current discovery and pretrial deadlines by 90 days

/ / /

/ / /

/ / /



Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138

9. This motion is made in good faith and not for the purposes of delay.

I HEREBY DECLARE THAT THE ABOVE STATEMENT IS TRUE TO THE BEST OF MY KNOWLEDGE AND BELIEF, AND THAT I UNDERSTAND IT IS MADE FOR USE AS EVIDENCE IN COURT AND IS SUBJECT TO PENALTY FOR PERJURY.

DATED this 22nd day of November 2023.

Respectfully submitted,

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

*/s/ Veronica R. Rodriguez*
Veronica Rodriguez, OSB No. 181818
Assistant County Attorney
*Of Attorneys for Defendants Johnson and Nelson*



Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138