Louren Oliveros, OSB No. 155386
Oliveros Law, PLLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
Email: oliveros@trialwarrior.net

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **JASON MCGREW,** Individually,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND, MULTNOMAH COUNTY, NOAH HARDING,** in his individual capacity, **JONATHAN IANOS,** in his individual capacity, **CHERYL NELSON**, in her individual capacity, and **JOCELYN K. JOHNSON**, in her individual capacity,<br><br>Defendants. | Case No. 3:23-CV-01082-HZ<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY THAT on this 26th day of January, 2024, I served or caused to be served a true and correct copy of the foregoing PLAINTIFF'S FIRST REQUESTS FOR PRODUCTION OF DOCUMENTS TO DEFENDANT CITY OF PORTLAND along with a true and correct copy of this CERTIFICATE OF SERVICE upon the interested parties in this action as follows:

Trung D. Tu
Portland City Attorney's Office
1221 SW 4th Ave., Ste 430
Portland, OR 97204
trung.tu@portlandoregon.gov
*Attorneys for City of Portland*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
_____ SERVED BY E-FILING
__X__ SERVED BY EMAIL

Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
501 SE Hawthorne Blvd, Ste 500
Portland, Oregon 97214
veronica.rodriguez@multco.us
*Attorneys for Defendants Cheryl Nelson and Jocelyn K. Johnson*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
_____ SERVED BY E-FILING
__X__ SERVED BY EMAIL

Respectfully submitted,

*/s Louren Oliveros*

Louren Oliveros, OSB #155386
Oliveros Law, PLLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Tel: (516) 310-4954
Fax: (516) 268-9678
oliveros@trialwarrior.net
*Attorney for Plaintiff*