JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON
Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
Multnomah County Attorney
501 S.E. Hawthorne Blvd., Suite 500
Portland, Oregon 97214
Telephone: (503) 988-3138
Facsimile: (503) 988-3377
E-mail: veronica.rodriguez@multco.us
*Of Attorneys for Multnomah County*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| JASON MCGREW, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, *et al*.,<br><br>Defendants. | No. 3:23-CV-01082-HZ<br><br>JOINT PROPOSED SCHEDULE |

Plaintiff Jason McGrew ("Plaintiff"), Defendants City of Portland, Noah Harding and Jonathan Ianos ("City Defendants"), and Defendants Multnomah County and Jocelyn Johnson ("County Defendants") having conferred, hereby jointly submit the following proposed schedule, as ordered. This proposed scheduled is submitted in preparation for the upcoming Rule 16 telephone conference, scheduled for April 11, 2024 before the Honorable Marco A. Hernandez.

/ / / /

**PROPOSED SCHEDULE**

| **EVENT** | **PROPOSED DATE** |
|---|---|
| Initial Disclosures:<br>City Defendants' and Plaintiff's disclosures made on:<br>County Defendants' disclosures due: | September 25, 2023<br>**April 22, 2024** |
| Amend Pleadings, Add Parties, and Join Claims | **July 22, 2024** |
| Motions to Compel Fact Discovery | **October 18, 2024**<br>(Response due 7 days after motion filed; no replies allowed) |
| Complete All Fact Discovery | **December 18, 2024** |
| Joint ADR Report | **January 21, 2025** |
| Dispositive Motions | **January 21, 2025** |
| Initial Expert Disclosures | To be set with the Court after the Court's ruling on dispositive motions, if any |
| Rebuttal Expert Disclosures | To be set with the Court after the Court's ruling on dispositive motions, if any |
| Motions to Compel Expert Discovery | To be set with the Court after the Court's ruling on dispositive motions, if any |
| Complete All Expert Discovery | To be set with the Court after the Court's ruling on dispositive motions, if any |
| Pretrial Order and Verdict Form | **July 8, 2025** |
| Trial Documents | **July 14, 2025** |
| Pretrial Conference | **July 21, 2025** |
| Jury Trial (7 days) | **August 4, 2025** |

/ / / /

/ / / /

/ / / /

/ / / /



Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138

DATED this 26th day of March 2024.

Respectfully submitted,

JENNY M. MADKOUR, COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

***/s/ Veronica R. Rodriguez***
Veronica Rodriguez, OSB No. 181818
Assistant County Attorney
*Of Attorneys for Defendants Multnomah County and Jocelyn Johnson*

PORTLAND CITY ATTORNEY'S OFFICE

***/s/ Trung D. Tu***
Trung D. Tu, OSB No. 004100
Senior Deputy City Attorney
*Of Attorneys for Defendants City of Portland, Noah Harding and Johnathan Ianos*

***/s/ Louren Oliveros***
Louren Oliveros, OSB No. 155386
*Attorney for Plaintiff*



Multnomah County Attorney
501 S.E. Hawthorne Blvd., Ste. 500
Portland, Oregon 97214
(503) 988-3138

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2024, I arranged for service of ***JOINT PROPOSED SCHEDULE*** on:

Louren Oliveros
Oliveros Law PLCC
50 Charles Lindbergh Blvd., Suite 205
Uniondale, NY 11553
Email: oliveros@trialwarrior.net

Trung D. Tu
Senior Deputy City Attorney
Portland City Attorney's Office
1221 SW 4th Avenue, RM 430
Portland, OR 97204
Email: trung.tu@portlandoregon.gov

by the following method or methods as indicated:

☐ by **mailing** to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

☐ by causing a true copy thereof to be **hand delivered** to said person(s) at the last known address for said person(s) as shown above, on the date set forth above.

☐ by mailing via **certified mail, return receipt requested**, to said person(s) a true copy thereof, said copy placed in a sealed envelope, postage prepaid and addressed to said person(s) at the last known address for said person(s) as shown above, and deposited in the post office at Portland, Oregon, on the date set forth above.

☐ by **facsimile** to said person(s) a true copy thereof at the facsimile number shown above, which is the last known facsimile number for said person(s) on the date set forth above. A copy of the confirmation report is attached hereto.

☒ by **e-filing** and **emailing** to said person(s) a true copy thereof at the email address shown above, which is the last known email address for said person(s) on the date set forth above.

DATED this 26th day of March 2024.

JENNY M. MADKOUR COUNTY ATTORNEY
FOR MULTNOMAH COUNTY, OREGON

/s/ Veronica R. Rodriguez
Veronica R. Rodriguez, OSB No.181818
Assistant County Attorney
*Of Attorneys for Defendants Multnomah County and Johnson*