**Louren Oliveros, OSB No. 155386**
**Louren Oliveros Law, LLC**
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Tel: (516) 310-4954
Fax: (516) 268-9678
oliveros@trialwarrior.net
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **JASON MCGREW,** Individually,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND, MULTNOMAH COUNTY, NOAH HARDING,** in his individual capacity, **JONATHAN IANOS,** in his individual capacity and **JOCELYN K. JOHNSON**, in her individual capacity,<br><br>Defendants. | Case No. 3:23-CV-01082-HZ<br><br>**CERTICATE OF SERVICE OF PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FRPC 26 TO MULTNOMAH COUNTY** |

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY THAT on May 14, 2024 I served or caused to be served a true and correct copy of **PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FRPC 26 TO MULTNOMAH COUNTY** by email to all interested parties as set forth below.

I FURTHER CERTIFY THAT on May 15, 2024 I served or caused to be served a true and correct copy of this **CERTIFICATE OF SERVICE FOR PLAINTIFF'S INITIAL DISCLOSURES PURSUANT TO FRPC 26 TO MULTNOMAH COUNTY** on the interested



Louren Oliveros
Louren Oliveros Law, LLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
oliveros@trialwarrior.net

parties in this action by electronically filing the foregoing document and that it is available for viewing and downloading from the Court's CM/ECF system, and that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system. Additionally, I certify that I served or caused to be served a true and correct copy of the foregoing to all interested parties as follows:

Trung D. Tu
Portland City Attorney's Office
1221 SW 4th Ave, Ste 430
Portland, OR 90204
trung.tu@portlandoregon.gov
*Attorney for "City Defendants"*
*(City of Portland, Noah Harding and Jonathan Ianos)*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
_____ SERVED BY E-FILING
__x__ SERVED BY EMAIL

Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
501 SE Hawthorne Blvd., Ste 500
Portland, Oregon 97214
Veronica.rodriguez@multco.us
*Attorney for Defendant Jocelyn K. Johnson*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
_____ SERVED BY E-FILING
__x__ SERVED BY EMAIL

Dated this 15th day of May, 2024.

Lauren Oliveros, OSB #155386
Louren Oliveros Law, LLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Tel: (516) 310-4954
Fax: (516) 268-9678
oliveros@trialwarrior.net
*Attorney for Plaintiff*