UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JASON MCGREW, individually

Plaintiff(s),

v.

CITY OF PORTLAND, et al.

Defendant(s).

Case No.: 3:23-cv-01082-HZ

**Consent to Jurisdiction by a Magistrate Judge**
**and Designation of the Normal Appeal Route**

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: 06/20/2024.

Signature: */s/ Trung D. Tu*

Name and Bar Number: Trung D. Tu, OSB No. 004100

E-mail Address: trung.tu@portlandoregon.gov

Firm Name: Portland City Attorney's Office

Mailing Address: 1221 SW Fourth Ave., Suite 430

City, State, Zip: Portland, OR 97204

Party Represented: Defendants City of Portland, Noah Harding and Jonathan Ianos

Case 3:23-cv-01082-HZ Document 55 Filed 06/24/24 Page 1 of 2

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

JASON MCGREW, individually

Case No.: 3:23-cv-01082-HZ

Plaintiff(s),

v.

CITY OF PORTLAND, et al.

Defendant(s).

**Consent to Jurisdiction by a Magistrate Judge**
**and Designation of the Normal Appeal Route**

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

Dated: 06/24/2024.

Signature: /s/ Louren Oliveros

Name and Bar Number: Louren Oliveros, 155386

E-mail Address: oliveros@trialwarrior.net

Firm Name: Louren Oliveros Law, LLC

Mailing Address: 50 Charles Lindbergh Blvd, Suite 205

City, State, Zip: Unionadale, NY, 11553

Party Represented: Jason McGrew

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**JASON MCGREW**
Plaintiff,

**Case No.: 3:23−cv−01082−HZ**

**v.**

**CITY OF PORTLAND, et al.**
Defendant.

---

**Consent to Jurisdiction by a Magistrate Judge**
**and Designation of the Normal Appeal Route**

Pursuant to Fed. R. Civ. P 73(b), as counsel for the party (parties) identified below, I consent to have a United States Magistrate Judge conduct any and all proceedings in this case, including entry of orders on dispositive motions, trial, and entry of final judgment. I understand that withholding consent will not result in any adverse consequences. Pursuant to Fed. R. Civ. P. 73(c), I agree that an appeal from a judgment entered at a Magistrate Judge's direction may be taken to the court of appeals as would any other appeal from a district court judgment.

**DATED:** June 20, 2022

**Signature:** */s/ Veronica R. Rodriguez*

**Name and OSB ID:** ***Veronica R. Rodriguez OSB# 181818***

**E−mail Address:** ***veronica.rodriguez@multco.us***

**Firm Name:** ***Multnomah County Attorneys***

**Mailing Address:** ***501 SE Hawthorne Blvd, Suite 500***

**City, State, Zip:** ***Portland, OR 97214***

**Parties Represented:** ***Jocelyn K. Johnson, Multnomah County***