Louren Oliveros, OSB No. 155386
Louren Oliveros Law, LLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Tel: (516) 310-4954
Fax: (516) 268-9678
oliveros@trialwarrior.net

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| JASON MCGREW, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, *ET AL.*,<br><br>Defendants. | Case No. 3:23-CV-01082-SB<br><br>**CERTIFICATE OF SERVICE** |

I HEREBY CERTIFY THAT on this 29th day of July, 2024, I served or caused to be served a true and correct copy of this CERTIFICATE OF SERVICE along with the NOTICE OF VIDEOTAPED DEPOSITION OF CHERYL NELSON and the NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT JOCELYN KLINE JOHNSON upon the interested parties as follows:

Trung D. Tu
Portland City Attorney's Office
1221 SW 4th Ave., Ste 430
Portland, OR 97204
trung.tu@portlandoregon.gov
*Attorneys for City of Portland*

Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
501 SE Hawthorne Blvd, Ste 500
Portland, Oregon 97214
veronica.rodriguez@multco.us
*Attorneys for Multnomah County*



Louren Oliveros, OSB No. 155386
Louren Oliveros Law, LLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
oliveros@trialwarrior.net

__X__ (BY EMAIL) I caused the above-transcribed documents to be transmitted by email from email to the addressees as set forth above.

Respectfully submitted,

*/s/ Louren Oliveros*

Louren Oliveros, OSB #155386
Louren Oliveros Law, LLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Tel: (516) 310-4954
Fax: (516) 268-9678
oliveros@trialwarrior.net
*Attorney for Plaintiff*