**Louren Oliveros, OSB No. 155386**
**Louren Oliveros Law, LLC**
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Tel: (516) 310-4954
Fax: (516) 268-9678
oliveros@trialwarrior.net
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**
**PORTLAND DIVISION**

| | |
|---|---|
| JASON MCGREW**,** Individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, *ET AL.*,<br><br>Defendants. | Case No. 3:23-CV-01082-SB<br><br>**CERTIFCATE OF SERVICE** |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY THAT on this 30th day of July, 2024, I served or caused to be served a true and correct copy of the **AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF CHERYL NELSON**, the **AMENDED NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT JOCELYN KLINE JOHNSON**, the **NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT JONATHAN IANOS**, and the **NOTICE OF VIDEOTAPED DEPOSITION OF DEFENDANT NOAH HARDING** upon the interested parties in this action as follows:



Louren Oliveros
Louren Oliveros Law, LLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
oliveros@trialwarrior.net

Trung D. Tu
Portland City Attorney's Office
1221 SW 4th Ave, Ste 430
Portland, OR 90204
trung.tu@portlandoregon.gov
*Attorney for "City Defendants"*
*(City of Portland, Noah Harding and Jonathan Ianos)*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
__X__ SERVED BY E-FILING
__X__ SERVED BY EMAIL

Veronica R. Rodriguez, OSB No. 181818
Assistant County Attorney
501 SE Hawthorne Blvd., Ste 500
Portland, Oregon 97214
Veronica.rodriguez@multco.us
*Attorney for Defendant Jocelyn K. Johnson*

_____ HAND DELIVERY
_____ MAIL DELIVERY
_____ OVERNIGHT MAIL
__X__ SERVED BY E-FILING
__X___ SERVED BY EMAIL

Respectfully submitted,

*/s/ Louren Oliveros*
Louren Oliveros, OSB #155386
Louren Oliveros Law, LLC



Louren Oliveros
Louren Oliveros Law, LLC
50 Charles Lindbergh Blvd, Ste. 205
Uniondale, NY 11553
Phone 516-310-4954
Facsimile 516-268-9678
oliveros@trialwarrior.net