IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

JASON McGREW,

Plaintiff,

v.

CITY OF PORTLAND *et al.*,

Defendants.

Case No. 3:23-cv-01082-SB

**SUPPLEMENTAL JURY TRIAL MANAGEMENT ORDER REGARDING USE OF THE JERS SYSTEM**

To facilitate the use of the Jury Evidence Recording System (JERS) during trial in this action:

**IT IS HEREBY ORDERED** that no later than June 23, 2025 at 1:00 p.m. (Pretrial Conference), the parties shall submit their trial exhibits to the courtroom deputy in electronic form pursuant to the instructions in the Submission Requirements for Electronic Trial Exhibits document attached hereto. The parties shall also submit paper judge's copies and originals as previously ordered.

DATED this 10th day of September, 2024.

HON. STACIE F. BECKERMAN
United States Magistrate Judge