Submission Requirements for JERS Exhibits

# Submission Requirements for JERS Exhibits

The District of Oregon uses the Jury Evidence Recording System (JERS) to display electronic exhibits to the jury during deliberations. This document describes the requirements and procedures parties and counsel are to follow when submitting electronic trial exhibits to the Court. To facilitate the use of JERS, parties and counsel should plan how exhibits may be prepared for electronic submission before they begin the discovery process and as they prepare exhibits for trial. Physical exhibits are to be handled in accordance with the trial judge's instructions.

---

## Prior to Trial

The submission of the electronic evidence files should occur after the parties are reasonably certain that the lists are complete to avoid a piecemeal submission of files to the Court. *See* Submission Requirements for Electronic Trial Exhibits for more information on accepted file types, sizes, and other requirements.

## How to Submit Electronic Exhibit Files

You will organize your exhibits in such a way that they can be imported into the Jury Evidence Recording System (JERS).

You will be responsible for numbering your exhibits and giving each a good description. The Court Room Deputy (CRD) will give it the prefix of Def or Pla.

This is what the Jury will see:




Load your exhibits onto a USB drive (thumb drive), DVD, CD, or external USB hard drive.




Electronic exhibits must be in the following formats:

- Documents > .pdf
- Images > .jpg, .gif., .png, .pdf

It is helpful to number your exhibits and give each a user-friendly description.

- A/V Recordings > .avi, .mpg, .mp3, .mp4

File sizes must not exceed 500MB.

Exhibits exceeding this size limit must be separated into smaller files.

Images may be reduced in size by reducing their dimensions, usually with minimal effect on viewing quality.

Documents and images must be properly oriented for viewing.

---

Create a text file on your USB drive called **Exhibits.txt**

This will act as the instructions for the JERS software to import your electronic exhibits into the JERS database.

It has three components:

1. Exhibit Number
2. Exhibit Description
3. Exhibit File Name

Example of Exhibits.txt file:

*Exhibits.txt - Notepad

File Edit Format View Help

```
1|Hotel Receipt|Ex. 1 Hotel Receipt.pdf
2|Example of a missing exhibit|Ex. 2 Photo of Robbery.pdf
3|Photograph of Bank Interior|Ex. 3 Photograph of Bank Interior.JPG
4|Diagram of House|Ex. 4 Diagram of House.pdf
5a|Video of Explosion|Ex. 5a Video of Explosion.mpg
6a|Photograph of Burning Exterior of House|Ex. 6(a) Photograph of Burning Exterior
6b|Photograph of Damaged Exterior of House|Ex. 6(b) Photograph of Damaged Exterior
6c|Photograph of Damaged Interior of House|Ex. 6(c) Photograph of Damaged Interior
7|Police Car Video|Ex. 7 Police Car Video.mpg
8|Police Radio|Ex. 8 Police Radio.wav
9|Photograph of Gun|Ex. 9 Photograph of Gun.pdf
10|Photograph of Gun Close-up|Ex. 10 Photograph of Gun Close-up.pdf
11|Photograph of Cell Phone|Ex. 11 Photograph of Cell Phone.pdf
12|Crime Lab Report|Ex. 12 Crime Lab Report.pdf
13|Miranda Form|Ex. 13 Miranda Form.pdf
```

<table>
<tr><td>Separate each of those components with the "pipe" symbol: |</td><td colspan="2"></td></tr>
<tr>
<td>

**<u>Exhibit Number</u>**

*The Exhibit Number will be visible to the Jury.*

It can have sub-parts (1a, 1b, 1c, etc.)

Do not include leading zeros in exhibit numbers.

**<u>Exhibit Description</u>**

*Give a description that the Jury will find helpful.*

DO NOT use prejudicial names or descriptions.

The Court may choose to release the exhibits without including the descriptions.

The only allowable punctuation in descriptions and file names are: underscores, spaces, parentheses, and periods.

</td>
<td>

Example of one line of the Exhibits.txt file:




</td>
<td>

**<u>Exhibit Filename</u>**

Filenames must not exceed 208 characters in length.

**<u>Formatting Exhibits.txt</u>**

The Exhibit Filename in the Exhibits.txt must be the same as your Filename on the USB drive.

There are no spaces before or after the "|" symbol.

</td>
</tr>
</table>

After the files are imported into JERS, they will be reviewed by the Courtroom Deputy Clerk (CRD). If there are any illegible exhibits or other file errors, the CRD will contact the offering party and request a corrected file.

During Trial

At the conclusion of each trial day, parties may be required to review the exhibits admitted into evidence with the CRD in order to limit the time between closing arguments and when the exhibits may be released to the jury to begin deliberations.

If necessary, additional exhibits may be submitted by the parties to the CRD during trial. The file type requirements outlined above still apply, and the electronic exhibit file(s) must be submitted on USB flash media (*i.e.*, thumb drive), external USB hard drive, DVD, or CD. An Exhibits.txt file, however, will not be required.

### Final Review of Exhibits

Prior to closing arguments, the parties are to confer for a final review of those exhibits to be released to the jury. The parties should anticipate extra time for this review. Exhibits not marked as "admitted" will not be released to the jury.

### Prior to Deliberations

Jurors will watch a tutorial video explaining how to use JERS, which covers selecting and viewing documents; starting, pausing, and stopping videos; and other functions to review evidence.

---

### Questions

Contact the Judge's Courtroom Deputy Clerk for questions regarding JERS.