**Trung D. Tu, OSB No. 004100**
Senior Deputy City Attorney
**PORTLAND CITY ATTORNEY'S OFFICE**
1221 SW Fourth Ave., Room 430
Portland, Oregon 97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
Email: trung.tu@portlandoregon.gov

Of Attorneys for Defendants City of Portland, Noah Harding and Jonathan Ianos

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

| | |
|---|---|
| **JASON MCGREW**, individually,<br><br>Plaintiff,<br><br>v.<br><br>**CITY OF PORTLAND**; **MULTNOMAH COUNTY**; **NOAH HARDING**, in his individual capacity; **JONATHAN IANOS**, in his individual capacity; **CHERYL NELSON**, in her individual capacity; and **JOCELYN K. JOHNSON**, in her individual capacity,<br><br>Defendants. | Case No.: 3:23-cv-01082-SB<br><br>**PROOF OF SERVICE RE: AFFIDAVIT OF SERVICE RE: HANNAH HINKLE** |

Defendants City of Portland, Noah Harding and Jonathan Ianos (collectively, "City Defendants") hereby submit an Affidavit of Service received from Rush Process Service, Inc., showing service of process of a Subpoena for Deposition in a Civil Action on Hannah Hinkle. A copy of the Affidavit of Service is attached hereto as **Exhibit A**.

DATED: September 17, 2024

PORTLAND CITY ATTORNEY'S OFFICE

By: */s/ Trung D. Tu*
Trung D. Tu, OSB No. 004100
Senior Deputy City Attorney
Email: trung.tu@portlandoregon.gov
Of Attorneys for Defendants City of Portland, Noah Harding and Jonathan Ianos

# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
District of Oregon

Case Number: 3:23-CV-01082-SB

Plaintiff:
**Jason McGrew,**

vs.

Defendants:
**City of Portland; Multnomah County; Noah Harding; Jonathan Ianos; Cheryl Nelson; Jocelyn K. Johnson,**

Received by RUSH PROCESS SERVICE, INC. to be served on **Hannah Hinkle, 4545 NE 125th Pl, Apt #89, Portland, OR 97230**.

I, Kody Kennedy, being duly sworn, depose and say that on the **13th day of September, 2024** at **3:34 pm, I:**

Personally served **Hannah Hinkle** the **Subpoena to Testify at a Deposition in a Civil Action; Witness Fee** at **4545 NE 125th Pl, Apt #89, Portland, OR 97230.**

I am a competent person 18 years of age or older and a resident of the state of service or this state and am not a party to nor an officer, director or employee of, nor attorney for any party, corporate or otherwise; and the person, firm, or corporation served is the identical one named in the action.

I hereby declare that the above statement is true to the best of my knowledge and belief, and that I understand it is made for use as evidence in court and is subject to penalty for perjury.

Subscribed and Sworn to before me on the 16 day of September, 2024 by the affiant who is personally known to me.

[signature: Cindy Nelson]
NOTARY PUBLIC

OFFICIAL STAMP
CINDY NELSON
NOTARY PUBLIC - OREGON
COMMISSION NO. 1044635
MY COMMISSION EXPIRES JANUARY 24, 2028

[signature]
**Kody Kennedy**
Process Server

9/16/24
**Date**

**RUSH PROCESS SERVICE, INC.**
**2014 N.E. Sandy Blvd., Suite 204**
**Portland, OR 97232**
**(503) 232-3667**

Our Job Serial Number: SKS-2024009451

Copyright © 1992-2024 DreamBuilt Software, Inc. - Process Server's Toolbox V9.0a

## CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2024, I served a true and correct copy of the foregoing **PROOF OF SERVICE RE: AFFIDAVIT OF SERVICE RE: HANNAH HINKLE** on the interested parties in this action as follows:

| | |
|---|---|
| Ms. Louren Oliveros, Esq.<br>OLIVEROS LAW, PLLC<br>50 Charles Lindbergh Blvd., Suite 205<br>Uniondale, NY 11553<br>Tel: (516) 310-4954; Fax: (516) 228-8390<br>Email: oliveros@trialwarrior.net<br><br>Maya Orozco<br>E-mail: maya.orozco@trialwarrior.net<br><br>Ann Dela Cruz<br>E-mail: ann.delacruz@trialwarrior.net | *Of Attorneys for Plaintiff Jason McGrew* |
| Veronica R. Rodriguez, Esq.<br>Assistant County Attorney<br>Multnomah County Attorney<br>501 S.E. Hawthorne Blvd., Suite 500<br>Portland, Oregon 97214<br>Telephone: (503) 988-3138<br>Facsimile: (503) 988-3377<br>E-mail: veronica.rodriguez@multco.us<br><br>Kerri Burks, Paralegal<br>E-mail: kerri.burks@multco.us | *Of Attorneys for Defendants Cheryl Nelson and Jocelyn K. Johnson* |

☐ by **email.** Based on an agreement of the parties to accept service by e-mail or electronic transmission.

☒ by **electronic service** via the Court's CM/ECF electronic filing system for registered users.

*/s/ Trung D. Tu*
Trung D. Tu, OSB No. 004100
Senior Deputy City Attorney
Telephone: (503) 823-4047
*Of Attorneys for the City of Portland, Noah Harding and Jonathan Ianos*