UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

JASON MCGREW, individually,

Plaintiff,

v.

CITY OF PORTLAND, *ET AL.*,

Defendants.

Case No. 3:23-CV-01082-SB

**STIPULATED ORDER OF DISMISSAL**

**STIPULATED ORDER OF DISMISSAL**

UPON APPROVAL OF THE COURT, the parties hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all parties who have appeared in this action have voluntarily settled their claims and that this case should therefore be dismissed.

IT IS SO STIPULATED:

Dated: 11/08/2024

Louren Oliveros, OSB No. 155386
Attorney for Plaintiff

Dated: 11/04/2024

Trung D. Tu, OSB No. 004100
Attorneys for Defendants City of Portland, Noah Harding and Jonathan Ianos

Dated: 11/04/24

Veronica R. Rodriguez, OSB No. 181818
Attorneys for Defendants County of Multnomah and Jocelyn Johnson

Based upon the stipulation of the parties, and the Court being duly advised, IT IS HEREBY APPROVED AND HEREBY ORDERED that this matter shall be, and hereby is, dismissed with prejudice.

______________________________________
MAGISTRATE JUDGE STACIE F. BECKERMAN