UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| JASON MCGREW, individually,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF PORTLAND, *ET AL.*,<br><br>Defendants. | Case No. 3:23-CV-01082-SB<br><br>STIPULATED ORDER OF DISMISSAL |

### STIPULATED ORDER OF DISMISSAL

UPON APPROVAL OF THE COURT, the parties hereby stipulate and agree, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), that all parties who have appeared in this action have voluntarily settled their claims and that this case should therefore be dismissed.

IT IS SO STIPULATED:

Dated: 11/08/2024

_____
Louren Oliveros, OSB No. 155386
Attorney for Plaintiff

Dated: 11/04/2024

_____
Trung D. Tu, OSB No. 004100
Attorneys for Defendants City of Portland, Noah Harding and Jonathan Ianos

Dated: 11/04/24

_____
Veronica R. Rodriguez, OSB No. 181818
Attorneys for Defendants County of Multnomah and Jocelyn Johnson

Based upon the stipulation of the parties, and the Court being duly advised, IT IS HEREBY APPROVED AND HEREBY ORDERED that this matter shall be, and hereby is, dismissed with prejudice.

DATED this 13th day of November, 2024.

_____
Hon. Stacie F. Beckerman
U.S. Magistrate Judge